[No. 28052-0-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
M. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05478-7, Arthur E. Piehler, J., entered March 19, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Baker and Agid, JJ.

[No. 29746-5-I.   Division One.   April 12, 1993.]

PETER MEDLIN, *Appellant*, v. GAGNON HOMES,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-02363-0, John M. Darrah, J., entered November 15, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Forrest, J., concurred in by Baker and Agid, JJ.

[No. 30848-3-I.   Division One.   April 12, 1993.]

KIM LUU, *Appellant*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-12821-9, Robert H. Alsdorf, J., entered May 27, 1992. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.